DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES ALLEN FOX,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3108

[February 14, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael Heisey, Judge; L.T. Case No. 472018CF000495.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, and for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***